THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE   S.4
(Rule Number/Section)

FILED ___ LODGED
___ RECEIVED ___ COPY
MAR 02 2020
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| francisco: torres<br>third party intervener<br>real interested party<br>on special limited visitation<br>v.<br>Charles L Ryan et al.,<br>[respondents] | No. CV-17-08227-PCT-DJH (ESW)<br><br>Declaration of<br>Status |

Comes now francisco: torres a private man on the land Jurisdiction, one of the sovereign people of Earth, a Sui juris making a special limited visitation as a third party intervener in the action against TORRES FRANCISCO doing business as FRANCISCO TORRES, Francisco Torres etc. hereby makes the following declarations of fact.

I am all of the following:

1. I was born or naturalized within the exclusive jurisdiction of a state of the Union. I was <u>not</u> born within and am not domiciled within any federal territory or within the "United States" defined in all federal statutes, being federal territory.

2. I am a "national" as defined in 8 U.S.C § 1101(a)(21)

3. I am a "non-citizen national" as defined in 8 U.S.C § 1452

4. I am the "citizen" described in the original Constitution of 1789 The Constitution for the united States of America

5. I am a living being with unalienable rights

6. I am a sui juris, one of the Sovereign people, a private man on the land, non-combatant, living sentient being.

I am not any of the following:

1. I am not a statutory "citizen of the United States" as defined in 8 U.S.C § 1401 because the term "United States" does not include states of the Union, as confirmed by 8 U.S.C. § 1101(a)(36), 8 U.S.C § 1101(a)(38), and 8 CFR § 215.1(f). Note that the term "State" as defined in 8 U.S.C. § 1101(a)(36) does not include any state of the Union and the term "continental United States" includes only these same "States".

2. I am not a "citizen of the United States", "resident", or "individual" named in 26 CFR § 1.6012-1, because the term "United States" as used in 26 U.S.C Subtitle A relies on the definition of "United States" found in 26 U.S.C. § 7701(a)(9) and (a)(10), which in turn defines "United States" as the District of Columbia and nowhere expressly includes any state of the Union.

3. I am not a statutory "Citizen of the United States" or "resident of the United States" described in 26 U.S.C § 3121(e), 26 U.S.C § 7408(d), 26 U.S.C § 7701(a)(39), or 28 U.S.C. § 1603(b)(3), all of whom have a common domicile on federal territory not within any constitutional state of the Union.

4. I am not a statutory "national of the United States" as defined in 8 U.S.C § 1408 or 8 U.S.C § 1101(a)(22)(B), which is also called a "U.S. national" by the federal courts. I was not born and am not domiciled within American Samoa or Swains Island or an other

U.S. possession.

5. I am not a "citizen" of the "State of Arizona" which I temporarily occupy as a "transient foreigner" with no domicile or "residence" there.

6. I am not the public officer described in 26 U.S.C § 7343 or 26 U.S.C § 6671(b).

7. My identity cannot lawfully be kidnapped and transported to the District of Columbia under Federal Rules of Civil procedure 17(b), 26 U.S.C § 7701(a)(39), and 26 U.S.C § 7408(d) and I do not consent to such a kidnapping. Instead I am making this Affidavit as a private Sui Juris sentient being and not a "person", "individual", "tax payer", "natural person", etc. under any federal law or franchise.

My domicil, residence, and permanent address:

1. I do not have a statutory "residence" as legally defined. The term "residence" is nowhere defined in the context of a person who is a "non-citizen national" as defined in 8 U.S.C. § 1101(a)(21) and 8 U.S.C § 1452. Only "residents" as defined in 26 U.S.C § 7701(b)(1)(A) can legally have a "residence", and these people are "aliens" as defined in 8 U.S.C § 1101(a)(3). This is confirmed by the definition of residence in 26 CFR § 1.871-2 for the purpose of income taxes, which defines "residence" only in the contexts of "aliens". Nowhere is it defined in the context of "non-citizen nationals" because these persons are Sovereigns.

2. The government cannot lawfully compel me to choose a "domicile" or "permanent address" or "residence" anywhere within its legislative jurisdiction. If it attempts to do so, then it is guilty of violating my unalienable right to free political association. Implicit in the right to free political association is freedom from compelled association.

3. I certify that any evidence that may indicate me as a federal "agent", "employee", "franchisee" or any other government capacity was made under threat, duress, coercion or fraudulent semantic deception in order to make a false presumption as to my status, standing and competancy. Any compelled joinder into any adhesion contract was not a product of informed consent and therefore was made by fraudulant means and false presumptions. Fraud vitiates any and all such contracts, joinders and agreements of any nature.

Respectfully submitted this __20th__ day of Febuary 2020

State of Arizona
County of Cochise
Subscribed and sworn to,
or affirmed, before me
this 20 day of February 2020.

_Kathleen P. Fry_

OFFICIAL SEAL
KATHLEEN P. FRY
Notary Public - State of Arizona
COCHISE COUNTY
My Comm. Expires April 27, 2020

_Fran torres_
francisco: torres
private man on the land
one of the sovereign people
Sui juris, non-combatant

pg 6 of 7

I hereby certify that a copy of the foregoing document was mailed this February 24th 2020 to:
Name: JILLIAN B. FRANCIS
Address: 2005 N. Central Avenue PHX, AZ [85004-1580]
Attorney for [respondents]

francisco: torres
private man on the land
sui juris

Page 7 of 7